AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

ANSON CALDER, LLC,

        Plaintiff,

v.

BAYSHORE MOVING & STORAGE, INC.; GODFREY TRUCKING, INC.; and YORK RISK SERVICES GROUP, INC.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:18-CV-571-TC-JCB

IT IS ORDERED AND ADJUDGED that the above-captioned action is dismissed without prejudice.

_____

June 23, 2020

*Date*

BY THE COURT:

*Tena Campbell*

U.S. District Court Judge Tena Campbell